

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2015

No. 04-15-00466-CV

Felix **LUERA**, Jr. and Bianca Luera,
Appellants

v.

**BASIC ENERGY SERVICES, INC.**, Basic Energy Services, L.P., ARI Fleet Services, Inc.
D/B/A ARI Fleet LT and Servando Garcia,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 13-06-52391-CV
Honorable Richard C. Terrell, Judge Presiding

### ORDER

In accordance with this court's memorandum opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that costs of appeal are taxed against Appellants Felix Luera, Jr. and Bianca Luera.

It is so **ORDERED** on November 18, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2015.

_____
Keith E. Hottle, Clerk